

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-13-00840-CR

The **STATE** of Texas,
Appellant

v.

Paul **GUZMAN**,
Appellee

From the County Court at Law No. 14, Bexar County, Texas
Trial Court No. 378251
Honorable Bill C. White, Judge Presiding

BEFORE CHIEF JUSTICE STONE, JUSTICE MARION, AND JUSTICE BARNARD

In accordance with this court's opinion of this date, the trial court's Order Granting Defendant's Motion to Suppress is REVERSED and this case is REMANDED to the trial court for further proceedings.

SIGNED July 9, 2014.

_Sandee Bryan Marion_
Sandee Bryan Marion, Justice